In the Matter of: **FURNITURE 4 LESS, INC.,** Debtor.

**John H. Litzler, Trustee, Appellant,**

v.

**D.M. Reid Associates, Ltd./South, Appellee.**

**No. 06–10494.**

United States Court of Appeals, Fifth Circuit.

April 10, 2007.

Richard L. Bufkin, Gregory H. Bevel, for Trustee, Appellant.

---

Thomas W. Heintschel, Charles Murray Cobbe, Campbell & Cobbe, Dallas, TX, for Appellee.

Before JONES, Chief Judge, and HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

The court has carefully considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. Having done so, we find no clear error of fact or error of law and AFFIRM the judgments of the bankruptcy and district courts.

**AFFIRMED.**

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.